**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
DR CCR D-2 DOC No. 424229
Louisiana State Penitentiary
Angola LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 24, 2021

**REHEARING ACTION: November 24, 2021**


**Docket Number: 21   00200-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**


**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Brandon Lavergne** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.


cc: Donald Dale Landry, Counsel for  the Respondent